## United States Bankruptcy Court
### Southern District of Illinois

In re  Alvion Properties, Inc._____        Case No. _____
                                    Debtor(s)                 Chapter  11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Shirley Karnes Medley, declare under penalty of perjury that I am the President of Alvion Properties, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 11th day of May, 2015

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Shirley Karnes Medley, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Shirley Karnes Medley, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Shirley Karnes Medley, President of this Corporation is authorized and directed to employ Douglas A. Antonik 06190629, attorney and the law firm of Antonik Law Offices to represent the corporation in such bankruptcy case."

Date  05-12-15                          Signed: /s/ Shirley Karnes Medley
                                               Shirley Karnes Medley