# United States Bankruptcy Court
## Southern District of Illinois

| In re | Alvion Properties, Inc. | | Case No. | 15-40462 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Alvion Properties, Inc.** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

1.   All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

**% of Shares Owned**


By:   **/s/ Douglas A. Antonik**
      **Douglas A. Antonik 06190629**

Counsel for **Alvion Properties, Inc.**