## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

**ALVION PROPERTIES, INC.**   )   **CASE NO. 15-40462-LKG**
      **Debtor.**   )
                                                                     )

## NOTICE OF APPEARANCE

Comes now the law firm of Ziemer, Stayman, Weitzel & Shoulders, LLP, by Nick J. Cirignano, and enters its Notice of Appearance as counsel on behalf of FARMERS STATE BANK in the above-captioned matter.

                ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

                By:/s/ Nick J. Cirignano
                Nick J. Cirignano #22927-53
                P.O. Box 916
                Evansville, Indiana 47706-0916
                (812) 424-7575

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper electronically, via the Court's Electronic Filing System on or before the filing date thereof.

Dated: May 18, 2015.

                /s/ Nick J. Cirignano
                Nick J. Cirignano

H:\Bankrupt\Farmers State Bank\Notice of Appearance - NJC.doc