IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALVION PROPERTIES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 15-40462 |
| | ) | |

## APPLICATION TO HIRE ATTORNEY

Now comes the Debtor, Alvion Properties, Inc., and states as follows:

1. On May 14, 2015 Debtor filed a petition herein under Chapter 11 of the Bankruptcy Code.

2. Debtor wishes to employ Douglas A. Antonik and Antonik Law Offices, who is an attorney duly admitted to practice in this Court as of May 14, 2015.

3. Debtor has selected Douglas A. Antonik because of his considerable experience in matters of this character, and Debtor believes he is well qualified to represent them in all matters pursuant to this Chapter 11 petition.

4. Said attorney would represent Debtor in all matters pursuant to this Chapter 11 petition.

5. To the best knowledge of the Debtor, Douglas A. Antonik has no connection with the creditors or any other parties in interest, or their respective attorneys except he had previously represented principal Shirley Medley in a State Court collection proceeding as described in the attached affidavit.

6. The terms of employment of Douglas A. Antonik and the Antonik Law Offices are to be paid by the Debtor subject to the approval of this Court, and that Douglas A. Antonik will undertake the representation at his standard hourly rate of

1

$250.00 per hour, and associate attorneys at $100.00 to $200.00 per hour, law clerks at $100.00 per hour and paralegals at $50.00 - $75.00 per hour.

7. That these rates are reasonable and customary for similar services in Chapter 11 proceedings.

8. The Debtor has agreed to and paid a retainer fee of $6,717.00 to Antonik Law Offices which includes the filing fee of $1,717.00.

9. Pre-petition services rendered by the Antonik Law Office in the amount of $2,273.50 were paid pre-petition from the $6,717.00 retainer as well as the filing fee of $1,717.00 leaving a balance of $2,726.50 of the retainer in the trust account. Pre-petition services rendered by Antonik Law Office include bankruptcy schedules preparation and counseling with the Debtor and explanations as to the Chapter 11 process.

10. A separate motion for procedures for interim compensation will be filed separately.

WHEREFORE, Debtor prays that Douglas A. Antonik of the Antonik Law Offices be employed to represent it as Debtor under the terms specified herein in this case under Chapter 11 of the Bankruptcy Code.

          ALVION PROPERTIES, INC., DEBTOR

      By /s/ Douglas A. Antonik
         DOUGLAS A. ANTONIK
         Registration #06190629

ANTONIK LAW OFFICES
3405 Broadway - P.O. Box 594
Mt. Vernon, IL 62864
Phone: (618) 244-5739
Fax:   (618) 244-9633
antoniklaw@charter.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

>Mark Skaggs
>U.S. Trustees Office
>401 Main Street, Suite 1100
>Peoria, IL 61602
>
>Ziemer, Stayman, Weitzel & Shoulders, LLP
>Attn: Nick j. Cirignano
>P.O. Box 916
>Evansville, IN 47706-0916

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 20th day of May, 2015. The above is true and correct to the best of the undersigned's knowledge.

                    /s/ Alisha Finke
                    Alisha Finke

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALVION PROPERTIES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 15-40462 |
| | ) | |

**<u>DECLARATION OF DISINTEREST PURSUANT</u>**
**<u>TO BANKRUPTCY RULE 2014(a)</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF JEFFERSON | ) |

NOW COMES Douglas A. Antonik, who makes the following statement under oath:

1.  I am an attorney authorized to practice my profession under the laws of the State of Illinois.

2.  I own a law practice located at 3405 Broadway, Mount Vernon, Illinois.

3.  The Debtor has asked that I perform the professional services as set forth on the Application to Hire Attorney on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Application.

4.  To the best of my knowledge, neither my firm nor I hold or represent any interest adverse to the interest of the estate.  Neither my firm nor I have any connection with the debtor, creditors, any other party interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except for the limited representation as follows:

    a.  I entered my appearance and filed an answer on behalf of Don and Shirley Medley (Shirley Medley principal of Alvion) in Farmers State Bank v. Medley et

4

al 13-L-11, Saline County, Illinois. I requested from the bank attorney that this action be put on hold pending the resolution of the companion Virginia State Court foreclosure action; Farmers State Bank v. Alvion Properties, which is for the same debt and was secured by property of Alvion located in Virginia.

5. Neither I nor my firm has shared or agreed to share and will not share or agree to share, any compensation paid to it with any other person.

7. The hourly rate charged by myself is $250.00 per hour and for associate attorneys $100.00 to $200.00 per hour. The hourly rate charged by paralegals is $50.00 to $75.00 per hour and law clerks at $100.00 per hour.

8. I have performed pre-petition work for the Debtor and have been paid in full for that representation.

9. I understand that I must keep detailed records of time and expenses.

Dated this 20th day of May, 2015.

                                             /s/Douglas A. Antonik
                                             Douglas A. Antonik, Attorney at Law

ANTONIK LAW OFFICES
3405 Broadway - P.O. Box 594
Mt. Vernon, IL 62864
Phone: (618) 244-5739
Fax:   (618) 244-9633
antoniklaw@charter.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

>Mark Skaggs
>U.S. Trustees Office
>401 Main Street, Suite 1100
>Peoria, IL 61602
>
>Ziemer, Stayman, Weitzel & Shoulders, LLP
>Attn: Nick j. Cirignano
>P.O. Box 916
>Evansville, IN 47706-0916

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 20th day of May, 2015. The above is true and correct to the best of the undersigned's knowledge.

>/s/ Alisha Finke
>Alisha Finke