**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

ALVION PROPERTIES INC

vs

**CASE NO** 15-40462
**CHAPTER:** 11

**DATE**: June 16, 2015
**PLACE**: Benton

**PRESENT**: Honorable William V. Altenberger, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Douglas Antonik          Appears

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:** Application to Employ Attorney

**MINUTES OF COURT:**

Case is called for hearing on the debtor's Application to Employ Douglas Antonik as Attorney. Pursuant to the representations made in open court, the Application to Employ is Granted.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.