B6F (Official Form 6F) (12/07)

In re   Alvion Properties, Inc. _____,   Case No. __15-40462__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Clancy Covert<br>PO Box 15307<br>Chattanooga, TN 37415 | - | | Legal fees | X | | X | 250,000.00 |
| Account No.<br><br>Dana Petway<br>250 Sandersferry Rd  Condo 29<br>Hendersonville, TN 37075 | - | | Geological services | | | | 10,000.00 |
| Account No.<br><br>Darrell Dunham<br>PO Box 803<br>Carbondale, IL 62903 | - | | Legal fees | X | | X | 10,000.00 |
| Account No.<br><br>Jack Harper<br>400 S Granger<br>Harrisburg, IL 62946 | - | | Consultant | X | | X | 20,000.00 |
| __2__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 290,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alvion Properties, Inc.**                                    Case No.  **15-40462**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James R Creekmore<br>The Creekmore Laws Firm PC<br>318 N Main St<br>Blacksburg, VA 24060 | | - | Same debt as Richard Coffman Law Firm<br>Joint judgment<br>$603,324.71 | | | | 0.00 |
| Account No.<br><br>Keith Grant<br>633 Chestnut St  Ste 700<br>Chattanooga, TN 37415 | | - | Legal fees | X | X | | 40,000.00 |
| Account No.<br><br>Richard Coffman Law Firm<br>505 Orleans St  Ste 505<br>Beaumont, TX 77704 | X | - | Legal fees | | | X | 603,324.71 |
| Account No.<br><br>Robinson Smith and Wells<br>633 Chestnut St  Ste 700<br>Chattanooga, TN 37415 | | - | Legal fees | | | | 10,203.25 |
| Account No.<br><br>Ron Pickering<br>214 Estate Dr<br>New Iberia, LA 70563 | | - | Engineer services | X | X | | 100,000.00 |

Sheet no.  **1**  of  **2**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **753,527.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alvion Properties, Inc.**,  
Debtor

Case No. **15-40462**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ted D Karr<br>Berkeley Law Technology Grp LLP<br>17933 NW Evergreen Prky  Ste 250<br>Beaverton, OR 97006 | - | | Same debt as Richard Coffman Law Firm<br>Joint judgment<br>$603,324.71 | | | | 0.00 |
| Account No.<br><br>Wyatt B Durrette Jr<br>DurretteCrump PLC<br>1111 East Main St<br>Richmond, VA 23219 | - | | Same debt as Richard Coffman Law Firm<br>Joint judgment<br>$603,324.71 | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

Total (Report on Summary of Schedules) | 1,043,527.96

**United States Bankruptcy Court**
Southern District of Illinois

In re   Alvion Properties, Inc.                                              Case No.   **15-40462**
                                    Debtor(s)                                Chapter    **11**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __3__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  06/29/15                    Signature /s/ Shirley Karnes Medley
                                  **Shirley Karnes Medley**
                                  **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Mark Skaggs
U S Trustees Office
401 Main Street, Suite 1100
Peoria, IL 61602

Ziemer, Stayman, Weitzel & Shoulders, LLP
Attn: Nick J. Cirignano
P.O. Box 916
Evansville, IN 47706-0916

The Coffman Law Firm
505 Orleans, Suite 505
Beaumont, TX 77701

Dana Petway
250 Sandersferry Rd Condo 29
Hendersonville, TN 37075

Darrell Dunham
PO Box 803
Carbondale, IL 62903

Jack Harper
400 S Granger
Harrisburg, IL 62946

Keith Grant
633 Chestnut St Ste 700
Chattanooga, TN 37415

Ron Pickering
214 Estate Dr
New Iberia, LA 70563

Alvion Properties, Inc.
22 S. Main St.
Harrisburg, IL 62946

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 30th day of June, 2015. The above is true and correct to the best of the undersigned's knowledge.

/s/ Nancy E Antonik
Nancy E Antonik

Antonik Law Office
3405 Broadway
PO Box 594
Mt. Vernon, IL 62864
Ph: (618) 244-5739
Fax: (618) 244-9633
antoniklaw@charter.net