B6G (Official Form 6G) (12/07)

In re  Alvion Properties, Inc.
                              Debtor

Case No.  **15-40462**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Case Coal Company<br>Attn: Kip Anderson<br>207 Lewiston<br>Grosse Pointe, MI 48236 | Holds permit and lease |
| Creare Ltd<br>% Michael G Thomas<br>1732 1st Ave<br>New York, NY 10128 | Alvion assigned mineral rights 5 of 10 seams for monetization, with $200,000 per month interest for 30 years in addition to a bi annual interest fee of 11,925,000 spelled out in the CD's issued to Alvion. There are four of the above CD's issued to Alvion. Each CD will being generating income yearly, one in 2015, one 2016, 2017, 2018. Each CD will provid for annual income of 26,250,000 per year,<br><br>Creare LTD<br>Prosperitan Global Investment Bank, Roseau Valley, Dominicia |
| Lee W Gholson<br>29 Dogwood Pl<br>Harrisburg, IL 62946 | Office lease<br>$200.00 per month |

    0
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# United States Bankruptcy Court
## Southern District of Illinois

In re    __Alvion Properties, Inc.__                            Case No. __15-40462__

Debtor(s)                  Chapter __11__

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __06/29/15__           Signature __/s/ Shirley Karnes Medley__
                                               Shirley Karnes Medley
                                               President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

>Mark Skaggs
>U S Trustees Office
>401 Main Street, Suite 1100
>Peoria, IL 61602
>
>Ziemer, Stayman, Weitzel & Shoulders, LLP
>Attn: Nick J. Cirignano
>P.O. Box 916
>Evansville, IN 47706-0916
>
>The Coffman Law Firm
>505 Orleans, Suite 505
>Beaumont, TX 77701
>
>Lee W. Gholson
>29 Dogwood Pl.
>Harrisburg, IL 62946
>
>Alvion Properties, Inc.
>22 S. Main St.
>Harrisburg, IL 62946

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 30th day of June, 2015. The above is true and correct to the best of the undersigned's knowledge.

>/s/ Nancy E Antonik
>Nancy E Antonik

Antonik Law Office
3405 Broadway
PO Box 594
Mt. Vernon, IL 62864
Ph: (618) 244-5739
Fax: (618) 244-9633
antoniklaw@charter.net