**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| | ) | |
| ALVION PROPERTIES, INC., | ) | CASE 15-40462-kjm |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTICE PURSUANT TO RULE 2002**

      **PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appear as counsel for:  **George E. Howard.**

      Pursuant to Rule 2002 of the Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, the undersigned respectfully requests that all notice hereafter given or required to be given, all notices of adversary matters, and all papers served or required to be served in this case, be given to and served upon:

> **Joel A. Kunin, Esq.**
> **The Kunin Lw Offices, LLC**
> **1606 Eastport Plaza Drive, Ste. 110**
> **Collinsville, IL 62234-6134**

      **PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way creditors' rights or interests.

                      **THE KUNIN LAW OFFICES, LLC**

                        **BY:   /s/    Joel A. Kunin**
                              Joel A. Kunin, Ill. Reg. No. 01548050
                              1606 Eastport Plaza Drive, Suite 110
                              Collinsville, IL 62234-6134
                              Telephone:  618 / 215-4841 – Fax:  855 / 235-1335
                              Email: jkunin@kuninlaw.com

                              **Attorney for George E. Howard**

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a true and correct copy of the foregoing was served (a) via electronic means on all persons on the Court's electronic service list, and (b) via the United States Postal Service, postage fully prepaid, this 2nd day of July 2015, on the following:

| | |
|---|---|
| Douglas A. Antonik Esq. | Mark D. Skaggs, Esq. |
| Antonik Law Offices | Office of the U. S. Trustee |
| P O Box 594 | 401 Main Street |
| Mt. Vernon, IL 62864 | Peoria, IL 61602 |
| Attorney for Debtor | |

                                                          /s/    Jacqueline B. Racener
                                                              Jacqueline B. Racener