B6F (Official Form 6F) (12/07)

In re   **Alvion Properties, Inc.**                                              Case No.    **15-40462**

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Legal fees | | | | |
| **Day and Blair PC** **5300 Maryland Way  Ste 300** **Brentwood, TN 37020** | - | | | | | | | | | 8,814.17 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| **0**   continuation sheets attached | | Subtotal (Total of this page) | 8,814.17 |
| | | Total (Report on Summary of Schedules) | 8,814.17 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:27738-150604   Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Illinois

In re   **Alvion Properties, Inc.**                                    Case No.   **15-40462**

                                    Debtor(s)              Chapter    **11**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  _08/25/15_                        Signature  _Shirley Karnes Medley_
                                    Shirley Karnes Medley
                                    President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Illinois

In re   **Alvion Properties, Inc.**

Debtor(s)

Case No.   **15-40462**

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge and that it corresponds to

the creditors listed in our schedules.

Date:   08/25/15

Shirley Karnes Medley/President
Signer/Title

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Mark Skaggs, U.S. Trustees Office
401 Main Street, Suite 1100
Peoria, IL 61602

Ziemer, Stayman, Weitzel & Shoulders, LLP
Attn: Nick j. Cirignano
P.O. Box 916
Evansville, IN 47706-0916

Joel A. Kunin, Esq.
The Kunin Law Offices, LLC
1606 Eastport Plaza Drive, Ste. 110
Collinsville, IL 62234-6134

The Coffman Law Firm
Attn: Richard L. Coffman
505 Orleans, Suite 505
Beaumont, TX 77701

Day and Blair PC
5300 Maryland Way  Ste 300
Brentwood, TN  37020

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 28th day of Augus, 2015. The above is true and correct to the best of the undersigned's knowledge.

/s/ Nancy E Antonik
Nancy E Antonik

1