B6F (Official Form 6F) (12/07)

In re  **Alvion Properties, Inc.**                                        Case No.  **15-40462**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>The Nolte Law Firm P C<br>1427 W Main St<br>Richmond, VA 23220-4629 | - | | | Legal fees | | | | 320.82 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

**0**  continuation sheets attached

Subtotal (Total of this page)  **320.82**

Total (Report on Summary of Schedules)  **320.82**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:27738-150901   Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Alvion Properties, Inc.**                                    Case No.  **15-40462**
                                    Debtor(s)                          Chapter  **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  __09/11/15__                      Signature  _/s/ Shirley Karnes Medley_
                                                   Shirley Karnes Medley
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of The Amended Schedule F was served upon:

    Mark Skaggs, U.S. Trustees Office, 401 Main Street, Suite 1100, Peoria, IL 61602

    Ziemer, Stayman, Weitzel & Shoulders, LLP, Attn: Nick j. Cirignano, P.O. Box 916, Evansville, IN 47706-0916

    The Coffman Law Firm, Richard Coffman, 505 Orleans, Suite 505, Beaumont, TX 77701

    The Kunin Law Firm, Joel A. Kunin, Esq., 1606 Eastport Plaza Drive, Ste. 110, Collinsville, IL 62234-6134

    The Nolte Law Firm, P.C., 1427 W Main St., Richmond, VA 23220-4629

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 11th day of September, 2015. The above is true and correct to the best of the undersigned's knowledge.

                                          /s/ *Nancy E Antonik*
                                          Nancy E Antonik

1