B6G (Official Form 6G) (12/07)

In re    **Alvion Properties, Inc.**                                        Case No.    **15-40462**
                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| George E Howard<br>112 A Laurel Street<br>Weber City, VA 24290 | **Lessee claims a lease that never existed**<br><br>Reject |
| S W R R Properties, Inc<br>% George E Howard, Registered Agent<br>112 A Laurel Street<br>Weber City, VA 24290 | **Lessee claims a lease that never existed**<br><br>Reject |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Alvion Properties, Inc.**                                             Case No.   **15-40462**
                                    Debtor(s)                                   Chapter    **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____         Signature  /s/ Shirley Karnes Medley
                                                **Shirley Karnes Medley**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

- Mark Skaggs, U.S. Trustees Office, 401 Main Street, Suite 1100, Peoria, IL 61602
- Ziemer, Stayman, Weitzel & Shoulders, LLP, Attn: Nick j. Cirignano, P.O. Box 916, Evansville, IN 47706-0916
- Joel A. Kunin, Esq., The Kunin Law Offices, LLC, 1606 Eastport Plaza Drive, Ste. 110, Collinsville, IL 62234-6134
- The Coffman Law Firm, Attn: Richard L. Coffman, 505 Orleans, Suite 505, Beaumont, TX 77701
- George E. Howard, 112 A Laurel Street, Weber City, VA 24290
- S W R R Properties, Inc., % George E. Howard, Registered Agent, 112 A Laurel Street, Weber City, VA 24290

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 11th day of September, 2015. The above is true and correct to the best of the undersigned's knowledge.

/s/ Nancy E Antonik  
Nancy E Antonik