IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALVION PROPERTIES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 15-40462 |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the First Amended Disclosure Statement, Chapter 11 Plan and Notice for Hearing on Amended Disclosure Statement was served on:

- Mark Skaggs, U.S. Trustees Office, 401 Main Street, Suite 1100, Peoria, IL 61602
- Joel A. Kunin, Esq., The Kunin Law Offices, LLC, 1606 Eastport Plaza Drive, Ste. 110, Collinsville, IL 62234-6134
- Ziemer, Stayman, Weitzel & Shoulders, LLP, Attn: Nick j. Cirignano, P.O. Box 916, Evansville, IN 47706-0916
- The Coffman Law Firm, Richard Coffman, 505 Orleans, Suite 505, Beaumont, TX 77701
- Clancy Covert, PO Box 15307, Chattanooga, TN 37415
- Dana Petway, 250 Sandersferry Rd., Condo 29, Hendersonville, TN 37075
- Darrell Dunham, PO Box 803, Carbondale, IL 62903
- David Cox, PO Box 789, Harrisburg, IL 62946
- Jack Harper, 400 S. Granger, Harrisburg, IL 62946
- Keith Grant, 633 Chestnut St., Ste. 700, Chattanooga, TN 37415
- Robinson Smith and Wells, 633 Chestnut St., Ste. 700, Chattanooga, TN 37415
- Ron Pickering, 214 Estate Dr., New Iberia, LA 70563
- Alvion Properties, Inc., 22 S. Main St., Harrisburg, IL 62946
- All parties listed on the mailing matrix

via electronic noticing and/or by U.S. mail on the 24th day of September, 2015. The above is true and correct to the best of the undersigned's knowledge.

*/s/ Alisha Finke*
Alisha Finke

ANTONIK LAW OFFICES
3405 Broadway - PO Box 594
Mt Vernon, IL  62864
Phone:  (618) 244-5739
Fax:   (618) 244-9633
antoniklaw@charter.net

1