# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Alvion Properties Inc

      Debtor(s)

In Proceedings
Under Chapter 11

BK 15–40462–kjm

SSN/Individual Taxpayer ID Number (ITIN):

Employer Tax ID Number (ETIN):

54–1760975

## NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest.

    An amended disclosure statement and plan under chapter 11 or (chapter 9) of the Bankruptcy Code was filed by Alvion Properties Inc on 09/23/2015.

**NOTICE IS GIVEN THAT:**

1. The hearing to consider approval of the disclosure statement will be held at the following place and time:

| | |
|---|---|
| Date/Time: | **11/10/15 at 09:00 AM** |
| Address: | **U.S. Bankruptcy Court, 301 W Main St, Benton, IL 62812** |

2. The following date is fixed for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the disclosure statement:

| |
|---|
| Date:  10/29/15 |

3. Within 7 days of this notice, the disclosure statement and plan shall be distributed in accordance with Federal Rule of Bankruptcy Procedure 3017(a).  Additionally, the proponent shall forward a copy of this Notice to the debtor, creditors, equity security holders, and other parties in interest as provided in Rule 2002 FRBP.

4. Proponent must file certificate of service within 14 days of receipt of this notice.

5. Request for copies of the disclosure statement and plan should be directed to:

| | |
|---|---|
| Name and Address of Plan Proponent: | **Douglas A Antonik**<br>**3405 Broadway**<br>**PO Box 594**<br>**Mt Vernon, IL 62864** |

DATED: September 24, 2015

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT

Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

United States Bankruptcy Court
Southern District of Illinois

In re:                                                          Case No. 15-40462-kjm
Alvion Properties Inc                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0754-4        User: ch3              Page 1 of 1           Date Rcvd: Sep 24, 2015
                           Form ID: 272           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2015.
db          +Alvion Properties Inc,   22 S Main St,   Harrisburg, IL 62946-1648
cr          +Berkeley Law and Technology Group, LLP,   17933 NW Evergreen Parkway, Suite 250,
              Beaverton, OR 97006-7660
cr          +DurretteCrump, PLC,   1111 East Main Street, Floor 16,   Richmond, VA 23219-3532
cr          +Farmers State Bank,   PO Box 250,   555 South Commercial,   Harrisburg, IL 62946-2330
cr          +Richard L. Coffman d/b/a The Coffman Law Firm,   505 Orleans, Suite 505,
              Beaumont, TX 77701-3225
cr          +The Creekmore Law Firm, PC,   52 Pondview Court,   Daleville, VA 24083-3596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          ##+George E. Howard,   c/oJoel A. Kunin,   The Kunin Law Offices, LLC,   1606 Eastport Plaza Drive,
              Suite 110,   Collinsville, IL 62234-6136
                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2015 at the address(es) listed below:
              Douglas A Antonik    on behalf of Debtor   Alvion Properties Inc antoniklaw@charter.net
              Joel A Kunin    on behalf of Creditor George E. Howard jkunin@kuninlaw.com
              Mark D Skaggs    on behalf of U.S. Trustee   United States Trustee mark.d.skaggs@usdoj.gov
              Nick J Cirignano    on behalf of Creditor   Farmers State Bank ncirignano@zsws.com,
                cflester@zsws.com
              Richard L Coffman    on behalf of Creditor   Richard L. Coffman d/b/a The Coffman Law Firm
                rcoffman@coffmanlawfirm.com,   hmcadams@coffmanlawfirm.com
              Richard L Coffman    on behalf of Creditor   DurretteCrump, PLC rcoffman@coffmanlawfirm.com,
                hmcadams@coffmanlawfirm.com
              Richard L Coffman    on behalf of Creditor   Berkeley Law and Technology Group, LLP
                rcoffman@coffmanlawfirm.com,   hmcadams@coffmanlawfirm.com
              Richard L Coffman    on behalf of Creditor   The Creekmore Law Firm, PC
                rcoffman@coffmanlawfirm.com,   hmcadams@coffmanlawfirm.com
              United States Trustee   USTPRegion10.es.ecf@usdoj.gov
                                                                      TOTAL: 9