# Notice Recipients

| District/Off: 0754–4 | User: kh | Date Created: 10/22/2015 |
|---|---|---|
| Case: 15–40462–wva | Form ID: 242 | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| aty | Douglas A Antonik | antoniklaw@charter.net |
| aty | Joel A Kunin | jkunin@kuninlaw.com |
| aty | Mark D Skaggs | mark.d.skaggs@usdoj.gov |
| aty | Nick J Cirignano | ncirignano@zsws.com |
| aty | Richard L Coffman | rcoffman@coffmanlawfirm.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alvion Properties Inc | 22 S Main St    Harrisburg, IL 62946 |
| cr | Farmers State Bank | PO Box 250    555 South Commercial    Harrisburg, IL 62946 |
| cr | The Creekmore Law Firm, PC | 318 N. Main St.    Blacksburg, VA 24060 |
| cr | Richard L. Coffman d/b/a The Coffman Law Firm | 505 Orleans, Suite 505    Beaumont, TX 77701 |
| cr | DurretteCrump, PLC | 1111 East Main Street, Floor 16    Richmond, VA 23219 |
| cr | Berkeley Law and Technology Group, LLP | 17933 NW Evergreen Parkway, Suite 250    Beaverton, OR 97006 |
| cr | George E. Howard | c/oJoel A. Kunin    The Kunin Law Offices, LLC    1606 Eastport Plaza Drive    Suite 110    Collinsville, IL 62234–6134 |

TOTAL: 7