# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings<br>Under Chapter 11 |
| Alvion Properties Inc | BK<br>15−40462−wva |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):    Employer Tax ID Number (ETIN):

54−1760975

# ORDER

    This case is assigned to William V. Altenberger, United States Bankruptcy Judge, for further proceedings.


ENTERED: October 22, 2015         /s/ Kenneth J. Meyers
                                   UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:  
Alvion Properties Inc  
    Debtor

Case No. 15-40462-wva  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0754-4     User: kh     Page 1 of 1     Date Rcvd: Oct 22, 2015  
Form ID: 242     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2015.
```
db         +Alvion Properties Inc,    22 S Main St,    Harrisburg, IL 62946-1648
cr         +Berkeley Law and Technology Group, LLP,    17933 NW Evergreen Parkway, Suite 250,
             Beaverton, OR 97006-7660
cr         +DurretteCrump, PLC,    1111 East Main Street, Floor 16,    Richmond, VA 23219-3532
cr         +Farmers State Bank,    PO Box 250,    555 South Commercial,    Harrisburg, IL 62946-2330
cr         +Richard L. Coffman d/b/a The Coffman Law Firm,    505 Orleans, Suite 505,
             Beaumont, TX 77701-3225
cr         +The Creekmore Law Firm, PC,    318 N. Main St.,    Blacksburg, VA 24060-3951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          ##+George E. Howard,    c/oJoel A. Kunin,    The Kunin Law Offices, LLC,    1606 Eastport Plaza Drive,
              Suite 110,    Collinsville, IL 62234-6136
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2015 at the address(es) listed below:
```
          Douglas A Antonik    on behalf of Debtor    Alvion Properties Inc antoniklaw@charter.net
          Joel A Kunin    on behalf of Creditor George E. Howard jkunin@kuninlaw.com
          Mark D Skaggs    on behalf of U.S. Trustee    United States Trustee mark.d.skaggs@usdoj.gov
          Nick J Cirignano    on behalf of Creditor    Farmers State Bank ncirignano@zsws.com,
           cflester@zsws.com
          Richard L Coffman    on behalf of Creditor    Richard L. Coffman d/b/a The Coffman Law Firm
           rcoffman@coffmanlawfirm.com,    hmcadams@coffmanlawfirm.com
          Richard L Coffman    on behalf of Creditor    DurretteCrump, PLC rcoffman@coffmanlawfirm.com,
           hmcadams@coffmanlawfirm.com
          Richard L Coffman    on behalf of Creditor    Berkeley Law and Technology Group, LLP
           rcoffman@coffmanlawfirm.com,    hmcadams@coffmanlawfirm.com
          Richard L Coffman    on behalf of Creditor    The Creekmore Law Firm, PC
           rcoffman@coffmanlawfirm.com,    hmcadams@coffmanlawfirm.com
          United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 9
```