**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALVION PROPERTIES, INC., | ) | Case Number 15-40462 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF**
**CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee appoints the following to the Official Unsecured Creditor's

Committee in the ALVION PROPERTIES, INC. proceedings:

The Coffman Law Firm
Attn: Richard L. Coffman
505 Orleans, Fifth Floor
Beaumont, TX   77701
Phone: (409) 833-7700
Fax: (866) 835-8250
Email:   rcoffman@coffmanlawfirm.com

The Creekmore Law Firm, PC
Attn: Richard L. Coffman
505 Orleans, Fifth Floor
Beaumont, TX   77701
Phone: (409) 833-7700
Fax: (866) 835-8250
Email:   rcoffman@coffmanlawfirm.com

Berkeley Law & Technology Group, LLP

Attn: Richard L. Coffman
505 Orleans, Fifth Floor
Beaumont, TX   77701
Phone: (409) 833-7700
Fax: (866) 835-8250
Email:   rcoffman@coffmanlawfirm.com

DurretteCrump, PLC
Attn: Richard L. Coffman
505 Orleans, Fifth Floor
Beaumont, TX   77701
Phone: (409) 833-7700
Fax: (866) 835-8250
Email:   rcoffman@coffmanlawfirm.com

Dated:  October 26, 2015

Respectfully Submitted,

NANCY J. GARGULA,
United States Trustee

*/s/ Mark D. Skaggs*

Mark D. Skaggs,
Trial Attorney

## CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the foregoing **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** was served upon each of the Members of the Committee of Creditors Holding Unsecured Claims by enclosing same in an envelope addressed to such persons at the addresses set forth above as well as upon all other creditors appearing on the mailing matrix and upon the Debtor at the address set forth below, with postage fully prepaid and deposited in the United States Postal Office mailbox in Peoria, Illinois.

All other interested parties, as listed below, who have entered their appearance electronically in this case will receive an electronic copy of the document through CM/ECF and are listed below:

- Douglas A Antonik     antoniklaw@charter.net
- Nick J Cirignano     ncirignano@zsws.com, cflester@zsws.com
- Richard L Coffman     rcoffman@coffmanlawfirm.com, hmcadams@coffmanlawfirm.com
- Joel A Kunin     jkunin@kuninlaw.com

Debtor:                    Alvion Properties, Inc.
                           22 S Main St
                           Harrisburg, IL 62946

All on October 26, 2015.

                                        */s/ Mark D. Skaggs*

                                        Mark D. Skaggs

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 226
Fax: (309) 671-7857
Email: Mark.D.Skaggs@usdoj.gov