# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: Alvion Properties Inc
    Debtor(s)

Bankruptcy Proceeding No. 15–40462–wva
Chapter No.: 11
Judge: William V. Altenberger

SSN/Individual Taxpayer ID Number (ITIN):

Employer Tax ID Number (ETIN):

54–1760975

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, 301 W Main St, Benton, IL 62812
    on 11/10/15 at 09:00 AM

to consider and act upon the following:

    Motion to Appoint Disbursing Agent filed by Debtor Alvion Properties Inc

Dated: October 28, 2015

DIRECT ALL COURT CORRESPONDENCE TO:      Donna N Beyersdorfer
U.S. BANKRUPTCY COURT      Clerk, U.S. Bankruptcy Court
301 WEST MAIN STREET
BENTON, IL 62812

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 435–2200.