**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re:** ) | **In Proceedings Under Chapter 11** |
| ) | |
| **ALVION PROPERTIES, INC.,** ) | **Case No.: 15-40462** |
| ) | |
| **Debtor.** ) | |
| ) | **ENTRY OF APPEARANCE AND** |
| ) | **REQUEST FOR COPIES OF ALL** |
| ) | **PLEADINGS, NOTICES AND ORDERS** |
| ) | |
| ) | **Robert E. Eggmann** |
| ) | **Desai Eggmann Mason LLC** |
| ) | **7733 Forsyth Boulevard, Suite 800** |
| ) | **St. Louis, Missouri 63105** |
| ) | **(314) 881-0800** |
| ) | **reggmann@demlawllc.com** |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS**

COMES NOW Robert E. Eggmann, pursuant to Bankruptcy Rule 9010(b) and hereby enters his appearance as Interested Party. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Robert E. Eggmann, Esq.
Desai Eggmann Mason LLC
7733 Forsyth Boulevard, Suite 800
St. Louis, Missouri  63105
Tel:  (314) 881-0800
Fax:  (314) 881-0820
Email:  reggmann@demlawllc.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

16564240v3

Dated this 4th day of November, 2015.

                          Respectfully submitted,

                          DESAI EGGMANN MASON LLC

                          By:  /s/ Robert E. Eggmann
                                ROBERT E. EGGMANN (#6203021)
                                7733 Forsyth Boulevard, Suite 800
                                St. Louis, Missouri  63105
                                (314) 881-0800
                                Fax No. (314) 881-0820

### **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Southernn District of Illinois or via U.S. Mail, postage prepaid this 4th day of November, 2015 to:

Office of the U.S. Trustee
401 Main street, Suite 1100
Peoria, IL  61602

Douglas A. Antonik, Esq.
Antonik Law Offices
3405 Broadway, PO Box 594
Mt. Vernon, IL  62864

                                /s/ *Robert E. Eggmann*