**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DONALD RISHELL; ROBERT EGGMANN; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; UNITED STATES TRUSTEE; ALVION PROPERTIES INC | |
| vs | CASE NO  15-40462<br>CHAPTER:  11 |
| ALVION PROPERTIES INC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DATE:  April 25, 2016<br>PLACE:  East St Louis |

**PRESENT**: Honorable William V. Altenberger, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:
- Pro Se — Appears
- Tom Riske — Appears
- Laura Hughes — Appears

**COUNSEL FOR DEFENDANT**:
- Douglas Antonik — Appears
- Laura Hughes — Appears

**PROCEEDINGS:** 1) Answer to Objection to Informal Claim of Donald Rishel and Motion to Strike and Disallow Informal Claim of Donald Rishell  2) Limited Objections to Motion to Dismiss Case  3) Motion to Compel  4) Motion to Pay US Trustee Quarterly Fees

**MINUTES OF COURT:**

Case is called for hearing on Donald Rishell's Answer to the debtor's Objection to Informal Claim of Donald Rishell and the debtor's Motion to Strike and Disallow Informal Claim of Donald Rishell; Robert Eggmann and Official Committee of Unsecured Creditors Limited Objections to the debtor's Motion to Dismiss Case; the United States Trustee's Motion to Compel; and the debtor's Motion to Pay US Trustee Quarterly Fees. Donald Rishell and counsel for the United States Trustee, Mark Skaggs, appear telephonically. Pursuant to the statements made in open court, the debtor's Objection to Informal Claim of Donald Rishell is Sustained. The debtor's Motion to Strike and Disallow Informal Claim of Donal Rishell is Granted. Douglas Antonik to submit a proposed order with 8 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought. The debtor's Motion to Dismiss Case is Granted. Douglas Antonik to submit a proposed order within 30 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought. The United States Trustee's Motion to Compel is moot. The debtor's Motion to Pay US Trustee Quarterly Fees is Granted.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DONALD RISHELL; ROBERT EGGMANN; OFFICIAL
COMMITTEE OF UNSECURED CREDITORS; UNITED
STATES TRUSTEE; ALVION PROPERTIES INC

    vs

ALVION PROPERTIES INC; OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

**CASE NO** 15-40462
**CHAPTER:** 11

**DATE**: April 25, 2016
**PLACE**: East St Louis

**PRESENT**: Honorable William V. Altenberger, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:
| | |
|---|---|
| Pro Se | Appears |
| Tom Riske | Appears |
| Laura Hughes | Appears |

**COUNSEL FOR DEFENDANT**:
| | |
|---|---|
| Douglas Antonik | Appears |
| Laura Hughes | Appears |

**PROCEEDINGS:** 5) EVID HRG: Objections to Application for Allowance of Compensation for Bryan Cave LLP  6) EVID HRG: Objections to Application for Allowance of Compensation for Pachulski Stang Ziehl & Jones LLP  7) EVID HRG: Objections to Application for Allowance of Compensation for Giuliano Miller & Company LLC

**MINUTES OF COURT:**

Case is called for evidentiary hearings on the debtor and United States Trustee's Objections to Application for Allowance of Compensation for Bryan Cave LLP, Pachulski Stang Ziehl & Jones LLP and Giuliano Miller & Company. Pursuant to the statements made in open court, the Objections to the Applications are resolved. Laura Hughes to submit proposed orders within 7 days. Failure to submit the orders within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

                                        Donna Beyersdorfer
                                      Clerk of Bankruptcy Court

                              By: /s/Jacob Friederich
                                  Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**