IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALVION PROPERTIES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 15-40462 |
| | ) | |

**ORDER FOR PARTIAL DISTRIBUTION**

This matter came before the Court for hearing on July 11, 2017 on the Debtor's Motion for Partial Distribution or to Dismiss Chapter 11 Case. All claimants that have filed proofs of claim in this bankruptcy have already been paid pursuant to this Court's order entered on December 15, 2015 granting the Debtor's motion to sell estate property.

IT IS, THEREFORE, ORDERED that the Motion for Partial Distribution is GRANTED and the disbursing agent is to pay the following creditors, who are listed in the Debtor's bankruptcy schedules as unsecured creditors having claims against the Debtor:

a. Dana Petway, 250 Sandersferry Rd., Condo 29, Hendersonville, TN 37075-5067 - $10,000.00;

b. David Cox, PO Box 789, Harrisburg, IL 62946-0789 - $10,000.00;

c. Robinson Smith and Wells, 633 Chestnut St, Ste 700, Chattanooga, TN 37450-0701 - $10,203.25;

d. Day and Blair PC, 5300 Maryland Way, Ste 300, Brentwood, TN 37027-5074 - $8,814.17;

  e. The Nolte Law Firm PC, 1427 W Main St, Richmond, VA 23220-4629- $320.82.

The Disbursing Agent shall also pay professional fees once approved by this Court and quarterly United States Trustee fees.

 Upon payment of the above creditors' claims, including professional fees and United States trustee fees, the Disbursing agent shall file a certification of distribution as well as the Disbursing Agent's final accounting, at which time the order to dismiss this chapter 11 proceeding will be entered.

 Counsel for moving party shall serve a copy of this Order to all interested parties not receiving electronic noticing.

ENTERED: July 19, 2017

        /s/ William V. Altenberger
        UNITED STATES BANKRUPTCY JUDGE