IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALVION PROPERTIES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 15-40462 |
| | ) | |

**ORDER**

This matter is before the Court on the Debtor's motion to dismiss this case or for partial distribution. The Debtor's motion was partially resolved by an order entered on November 28, 2017 granting the Disbursing Agent's motion to approve final account and distribution report. Pursuant to the Court's oral order of July 11, 2017, upon the entry of an order approving the Disbursing Agent's final account, this case may be dismissed. Accordingly, IT IS ORDERED that the Debtor's motion to dismiss the case is GRANTED and this case is hereby DISMISSED.

Counsel for moving party shall serve a copy of this Order to all interested parties not receiving electronic noticing.


ENTERED: December 18, 2017

/s/ William V. Altenberger
UNITED STATES BANKRUPTCY JUDGE